**IT IS ORDERED as set forth below:**



**Date: December 13, 2016**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Matthew Bentley Gerard Simpson | ) | |
| Kaylee Lynn Simpson | ) | |
| | ) | |
| | ) | Case No. 15-40789-mgd |
| Debtor, | ) | Chapter 7 |
| | ) | |

---

| | | |
|---|---|---|
| Matthew Bentley Gerard Simpson | ) | |
| Kaylee Lynn Simpson | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 16-04022 |
| | ) | |
| | ) | Adversary Complaint For: |
| American Educational Services; Bank Of America | ) | |
| Na; Discover Financial Services; The National | ) | Discharge of Student Loans |
| Collegiate Student Loan Trust, 2005-3; The | ) | |
| National Collegiate Student Loan Trust, 2007-3; | ) | |
| The National Collegiate Student Loan Trust, | ) | |
| 2007-4; The National Collegiate Student Loan | ) | |
| Trust, 2006-2; Ascension Point Recovery Services, | ) | |
| LLC; Citibank, National Association; Performant | ) | |
| Recovery, Inc.; Williams & Fudge, LLC; | ) | |
| Transworld Systems, Inc.; Great Lakes Higher | ) | |
| Ed Corp.; U.S. Dept. Of Education; Sunrise Credit | ) | |

| | |
|---|---|
| Services, Inc.; SIMM Associates, Inc.; United | ) |
| Guaranty Corporation; JPMorgan Chase Bank, | ) |
| Capital Management Services, L.P.; Weltman, | ) |
| Weinberg & Reis Co. LPA; CIT Education | ) |
| Loan Trust 2007-1 | ) |

                Defendants,

## AGREED JUDGMENT ENTRY

NOW COMES Defendants, The National Collegiate Student Loan Trust, 2005-3; National Collegiate Student Loan Trust 2007-3; The National Collegiate Student Loan Trust, 2007-4; and National Collegiate Student Loan Trust 2006-2 (collectively "NCSLT") by and through its attorney, Craig B. Lefkoff, and, Plaintiffs Matthew Bentley Gerard Simpson and Kaylee Lynn Simpson ("Plaintiffs") by and through their attorney, Will B. Geer, and hereby stipulate and agree as follows:

1. The student loan debts due and owing by Plaintiff to NCSLT are discharged as to Plaintiffs pursuant to 11 U.S.C. Section 523(a)(8) of the United States Bankruptcy Code. The loans are identified as follows:

   a. A note originally from Kaylee Simpson to Bank of America, N.A. with an original principal balance of $5,000 and disbursed on June 27, 2007.

   b. A note originally from Kaylee Simpson to Bank of America, N.A. with an original principal balance of $6,000 and disbursed on June 29, 2007.

   c. A note originally from Matthew B. Simpson to Bank of America, N.A. with an original principal balance of $5,000 and disbursed on July 11, 2005. This note was co-signed by Alvin E. Simpson.

   d. A note originally from Matthew B. Simpson to Bank of America, N.A. with an original principal balance of $10,000 and disbursed on May 22, 2006. This note was co-signed by Carol S. Simpson.

   e. A note originally from Matthew B. Simpson to Bank of America, N.A. with an original principal balance of $14,000 and disbursed on July 11, 2007. This note was co-signed by Alvin E. Simpson.

 2. This order shall have no effect on the liability of the co-signors, Alvin E. Simpson and Carol S. Simpson, for repayment of the loans to NCSLT.

**[END OF DOCUMENT]**

**SO AGREED:**

\_\_\_\_/s/_____
Craig B. Lefkoff
Ga. State Bar No. 445045
Lefkoff, Rubin & Gleason & Russo, P.C.
5555 Glenridge Connector, Ste. 900
Atlanta, GA 30342
(404) 869-6900
clefkoff@lrglaw.com

\_\_\_\_/s/_____
Will B. Geer, Esq.
Ga. State Bar No. 940493
Suite 225
333 Sandy Springs Circle, NE
Atlanta, Georgia 30328
willgeer@willgeerlaw.com

DISTRIBUTION LIST

Craig B. Lefkoff, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Will B. Geer, Esq.
Suite 225
333 Sandy Springs Circle, NE
Atlanta, Georgia 30328